# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, N.E.<br>Washington, D.C. 20549,<br><br>      Plaintiff,<br><br>  v.<br><br>MYLAN N.V.,<br>1000 Mylan Boulevard<br>Canonsburg, PA 15317<br><br>      Defendant. | Case No. 1:19-CV-2904 |

## PLAINTIFF'S CONSENT MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Securities and Exchange Commission (the "SEC"), with the consent of defendant, respectfully moves for the entry of Final Judgment. In support of this motion, the SEC states the following:

1. The parties in this case have reached a settlement.

2. Attached hereto as Exhibit 1 is the signed Consent of Defendant Mylan N.V. (the "Consent"), setting forth Mylan N.V.'s agreement to the entry of Final Judgment against it, which, among other things, provides injunctive relief and orders Mylan N.V. to pay a penalty.

3. Attached hereto as Exhibit 2 is a proposed Final Judgment for entry by the Court. As set forth in its Consent, Mylan N.V. agreed to the terms of the proposed Final Judgment. Entry of the proposed Final Judgment would resolve this case.

Accordingly, for all the foregoing reasons, the SEC respectfully requests that the Court enter the proposed Final Judgment attached as Exhibit 2.

Date:   September 27, 2019

               /s/
Daniel Maher
Massachusetts Bar No. 654711
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Tel:  (202) 551-4737
Fax: (202) 772-9292
Email: maherd@sec.gov

Of Counsel:
Lisa Weinstein Deitch
California Bar No. 137492
Ian R. Dattner
New York Bar No. 4411187
Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I further certify that I sent the foregoing document by email to the following:

Julie Riewe
Debevoise & Plimpton
801 Pennsylvania Ave., NW
Washington, DC 20004

Date:   September 27, 2019                             _____/s/_____
Daniel Maher
Massachusetts Bar No. 654711
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Tel:  (202) 551-4737
Fax: (202) 772-9292
Email: maherd@sec.gov